674 A.2d 169

IN THE MATTER OF JAMES J. REA, JR., AN ATTORNEY AT LAW.

April 23, 1996.

## ORDER

This matter having been duly presented to the Court, it is ORDERED that **JAMES J. REA, JR.,** formerly of **AVON,** who was admitted to the bar of this State in 1965, and who was suspended from the practice of law for a period of three months, effective January 8, 1996, by Order of this Court dated March 5, 1996, be restored to the practice of law, effective immediately.